Jeffrey S. Salisbury, OSB No. 97093
LAW OFFICE OF JEFFREY S. SALISBURY
4725 Village Plaza Loop, Suite 200
Eugene, Oregon 97401
Telephone:    (541) 345-7007
Facsimile:    (541) 342-5213

Attorney for Steven Romania

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STEVEN ROMANIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON VOLK, ROSENTHAL COLLINS GROUP, LLC AND DOES 2-5,<br><br>    Defendants. | No. 6:08-CV-6229-AA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice as against Defendant Rosenthal Collins Group, LLC only, with each party to bear their own costs.

_/s/_____     June 29, 2009_____
JEFFREY S. SALISBURY                                      DATE
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL, PAGE 1