UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

STEVEN ROMANIA,

                **Plaintiff,**

                **v.**                              Civil No. 08-6229-AA

JASON VOLK AND DOES 1-5,

                **Defendants.**

## DEFAULT JUDGMENT

Default judgment is entered in favor of plaintiff and against defendant Jason Volk as follows: (1) The sum of $350,000.00 for compensatory damages; (2) The sum of $87,767.10 as pre-judgment interest from January 16, 2007 through October 2, 2009 at 9% per annum, plus $86.30 per diem until actual entry of judgment; (3) Post-judgment interest at the rate of 9% per annum; (4) The sum of $9,832.31 for attorney fees and case costs; and (5) The sum of $350,000.00 as punitive damages.

Dated: December  16 , 2009.

                                                    s/ Ann Aiken
                                             **United States District Judge**

**JUDGMENT**                                          **DOCUMENT NO:** _____